McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
   *wade.hansard@mccormickbarstow.com*
Daniel I. Aquino
Nevada Bar No. 12682
   *daniel.aquino@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Metropolitan Property And
Casualty Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Joshua Jacobs, an individual, Mark Jacobs, an individual, Michelle Jacobs, an individual, and Brittany Jacobs, an individual,<br><br>           Plaintiffs,<br><br>  v.<br><br>Metropolitan Property and Casualty Insurance Company, a corporation, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>           Defendant. | Case No. 2:15-cv-00647-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

. . .

. . .

. . .

Each party will bear their own costs and attorneys' fees.

DATED this 2nd day of March, 2017

        RANALLI ZANIEL FOWLER & MORAN, LLC

By    /s/ *Benjamin J. Carman*
Benjamin J. Carman
Nevada Bar No. 12565
2400 West Horizon Ridge Parkway
Henderson, Nevada 89052
Tel. (702) 477-7774

Attorneys for Joshua Jacobs, Mark Jacobs, Michelle Jacobs, and Brittany Jacobs

DATED this 2nd day of March, 2017

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/ *Wade M. Hansard*
Wade M. Hansard
Nevada Bar No. 8104
Daniel I. Aquino
Nevada Bar No. 12682
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Metropolitan Property And Casualty Insurance Company

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED this 3rd day of March, 2017

        RICHARD F. BOULWARE, II
        United States District Judge

Submitted By:

DATED this 2nd day of March, 2017

                                     McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By     /s/ *Wade M. Hansard*
Wade M. Hansard
Nevada Bar No. 8104
Daniel I. Aquino
Nevada Bar No. 12682
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Metropolitan Property And Casualty Insurance Company

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4292232.1     3     2:15-cv-00647-RFB-PAL
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE